Office of the Standing Trustee – Revised 1/4/2012

Bankruptcy Case Number

Eric Lyle Kennedy

Katherine Elizabeth Kennedy

## STATEMENT UNDER PENALTY OF PERJURY CONCERNING ALL APPLICABLE FEDERAL, STATE, AND LOCAL TAX RETURNS

☑       I/We affirm that I/We **have** filed all applicable Federal, State, and Local tax returns for the last 4 tax years as required by 11 USC 1308.

☐       I/We affirm that I/We **have not** filed all applicable Federal, State, and Local tax returns for the last 4 tax years as required by 11 USC 1308. Specifically, I/We have not filed the following returns for the years indicated.
**N/A**

☐       I/We affirm that I/We are not required to file any Federal, State, or Local tax returns for the tax years **N/A** as required by 11 USC 1308.

Dated: July 16, 2014

_____
Debtor 1 Signature

_____
Debtor 2 Signature