Monte J. White and Associates
Monte J. White
1106 Brook Ave, Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 Fax

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

| | |
|---|---|
| In Re: | § Chapter 13 |
| | § Case No. 14-70297-hdh-13 |
| Eric Lyle Kennedy | § |
| and Katherine Elizabeth Kennedy | § |
| | § |

### MOTION FOR SETTING AND REQUEST FOR EXPEDITED HEARING

1. Eric Lyle Kennedy and Katherine Elizabeth Kennedy hereby request that a hearing be set regarding the Debtors' Motion to Extend the Automatic Stay not later than September 17, 2014. Hearing by such date is necessary because the motion must be heard within the 30-day deadline.

2. A hearing was not requested earlier because the case was filed on September 10, 2014.

3. Notice of proposed expedited hearing will be provided to all interested parties on the mailing matrix by Debtors and will be sufficient because Notice can be made immediately by ECF and/or regular mail

Respectfully submitted,

/s/Monte J. White
Attorney for Debtors

### CERTIFICATE OF CONFERENCE

On September 2, 2014, the office of Monte J. White & Associates, P.C. contacted Marc McBeath, counsel for the Chapter 13 Trustee, who does not oppose the Motion for Setting and Request for Expedited Hearing.

/s/Monte J. White, Attorney for Debtors

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 11, 2014, a true and correct copy of the Motion for Setting and Request for Expedited Hearing was served on all parties on the mailing matrix by ECF and/or regular mail.

/s/Monte J. White, Attorney for Debtors

Debtor(s):  Eric Lyle Kennedy
            Katherine Elizabeth Kennedy

Case No:
Chapter:  13

NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

Arrow Financial Services/Wells :
5996 W Touhy Ave
Niles, IL 60714

Kell West Regional Hospital
5420 Kell West Blvd
Wichita Falls, TX 76310


Barrett Daffin Frappier
Turner & Engel, LLP
15000 Surveyor Blvd., Suite 100
Addison, TX 75001

Lvnv Funding LLC/GE Capital Wal
Po Box 740281
Houston, TX 77274


Cach LLC/ Bank of America
Attention:  Bankruptcy Departme
4340 South Monaco St.  2nd Floo
Denver, CO 80237

Lvnv Funding LLC/Sams Club
Po Box 740281
Houston, TX 77274


Cbe Group/MCI
131 Towe Park Dr Suite 1
Waterloo, IA 50702

Midland Credit Mgmt/Citibank Ho
PO Box 939019
San Diego, CA 92193


City of WF, City ViewISD, Wichi
c/o Harold Lerew
PO Box 8188
Wichita Falls, TX 76307

Nco Financial Systems/AT&T
507 Prudential Rd
Horsham, PA 19044


Collection/AT&T
700 Longwater Dr
Norwell, MA 02061

Wells Fargo Bank, NA
8480 Stagecoach Cir
Frederick, MD 21701


Discover Finance
Attention: Bankruptcy Departmen
PO Box 3025
New Albany, OH 43054


Eric Lyle Kennedy
4306 Viewpark
Wichita Falls, TX 76306


IRS Special Procedures
1100 Commerce St., Room 951
Mail Stop 5029 DAL
Dallas, TX 75246


Katherine Elizabeth Kennedy
4306 Viewpark
Wichita Falls, TX 76306