

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed September 15, 2014

United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| In Re: | § |
| | § Chapter 13 |
| Eric Lyle Kennedy | § |
| and Katherine Elizabeth Kennedy | § Case No. 14-70297-hdh-13 |
| | § |

ORDER REGARDING MOTION FOR SETTING AND
REQUEST FOR EXPEDITED HEARING

The request for expedited hearing on Debtors' Motion to Extend the Automatic Stay by Eric Lyle Kennedy and Katherine Elizabeth Kennedy is GRANTED.

A hearing will be held on September 17, 2014, at 10:00 AM at 1000 Lamar St., Room #222, Wichita Falls, TX 76301. A pre-hearing conference will be held at 8:30 AM on the same date at the same location.

IT IS FURTHER ORDERED that Debtors' attorney will conference with all secured creditors and the Chapter 13 Trustee prior to hearing. Debtors' attorney is ALSO ORDERED to file a Certificate of Conference with the Court.

# # # END OF ORDER # # #

PREPARED BY:
Monte J. White, Attorney for Debtor(s)
Monte J. White & Associates, P.C.
1106 Brook, Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
legal@montejwhite.com