Robert B. Wilson
Chapter 13 Trustee
(806) 748-1980  Phone
(806) 748-1956  Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:

ERIC LYLE KENNEDY
KATHERINE ELIZABETH KENNEDY

CASE NO: 14-70297-HDH-13
HEARING DATE:  11/19/2014
HEARING TIME:   10:00am

**TRUSTEE'S MOTION TO DISMISS FOR REQUIRED INFORMATION PRIOR TO CREDITOR MEETING AND OR REDUCE ATTORNEY FEES**

NOW COMES Robert B. Wilson, Chapter 13 Trustee, and files this Trustee's Motion to Dismiss for Required Information Prior to Creditor Meeting and or Reduce Attorney Fees in accordance with 11 U.S.C. 1307(c), Rule 9014, Rule 1017(f)(1), and General Order 2014-03 and would respectively show unto to the Court as follows:

   Delay prejudicial to creditors for failure to provide;

   Mr. Kennedy'sAugust 29, 2014 paystub.
   Home insurance.

   Auto insurance.

   Mandatory Wage Withholding Directive.


WHEREFORE, the Trustee prays that this Chapter 13 case be dismissed and/or Debtor's Attorney's fees be reduced, per 11 U.S.C. 1307(c).

                                    Respectfully submitted,

                                    /s/ Robert B. Wilson
                                    _____
                                    Robert B. Wilson
                                    Chapter 13 Trustee

IMPORTANT NOTICE

A HEARING WILL BE HELD 11/19/2014 AT 10:00am AT THE FOLLOWING ADDRESS:

VIDEO:  US COURTHOUSE ROOM 208, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301

A PRE-HEARING CONFERENCE WITH THE TRUSTEE SHALL BE HELD AT:
US COURTHOUSE ROOM 208, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301
AT 8:30am.  ALL PARTIES ARE REQUIRED TO ATTEND THE PREHEARING CONFERENCE.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Dismiss was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

ERIC LYLE KENNEDY & KATHERINE ELIZABETH KENNEDY 4306 VIEWPARK  WICHITA FALLS TX 76306


Date:     10/7/2014                                                                          /s/ Robert B. Wilson
                                                                                             _____
                                                                                             Robert B. Wilson
                                                                                             Chapter 13 Trustee