Robert B. Wilson
Chapter 13 Trustee
6308 Iola Avenue, Suite 100    Lubbock, TX 79424
(806) 748-1980 Phone    (806) 748-1956 Fax

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

ERIC LYLE KENNEDY & KATHERINE ELIZABETH KENNEDY

CASE NO. 14-70297-HDH-13

AKA1:                                                        AKA2:
DBA1: ERIC KENNEDY DISTRIBUTION              DBA2:
SS#1: xxx-xx- 0194                                     SS#2: xxx-xx- 4562

## REPORT OF 341 MEETING

I. 341 MEETING REPORT:

  A. Orig. Date:  <u>10/7/2014</u>  Orig. Time:  <u>11:00 AM</u>        Reset Date:              Reset Time:

  B. Meeting Results:        <u>Adjourned</u>

  C. Debtor(s):  <u>Debtor 1 Appeared</u>              <u>Debtor 2 Appeared</u>

  D. Attorney for Debtor(s):      <u>Appeared</u>

  E. Creditor Appearance:      None

  F. Amount Paid to the Trustee as of        10/7/2014        <u>$0.00</u>        First Payment Due Date:        <u>10/11/2014</u>

  G. File Trustee's Motion to Dismiss because

  H. B22C Information:        B22C Form is:        <u>Complete</u>

    Budgeted Income:    <u>$2,951.87</u>    Expense:      <u>$2,701.87</u>    Surplus:      <u>$250.00</u>

    Plan Payment:    <u>$250.00</u>  <u>Monthly</u>                        Plan Term(Months):      <u>60</u>

  I. Value of Non-Exempt Property:          <u>$0.00</u>   Proposed Amount to Unsecured Creditors:          <u>$0.00</u>

    <u>   </u> Objection to Exemption of:

    <u>   </u> Repeat Filing (If case dismissed, it should be with prejudice)  Previous Case Numbers:   <u>10-70462-13</u>

    <u>   </u> Object to Invoke Stay Pleading

    <u>   </u> Case Converted from Chapter 7, Bar Date Set:        <u>1/5/2015</u>        Date Converted from Chapter 7:

  J. Required Information:      <u>Mr's 8/29/2014 stub, home & auto insurance, WW Directive</u>

  K. Business Information:

  L. Object to Confirmation:      <u>Yes</u>

    Tax return affidavit
    Trustee requests Mr. New income records
    Sch I can't until all income records are provided
    Failure to include all disposble income

  M. Financial Management Class:    <u>Debtor 1 Appeared</u>        <u>Debtor 2 Appeared</u>

  N. Eligibility:

    Certificate of Credit Counseling Filed:   <u>Both Debtor 1 and Debtor 2</u>

    Credit Counseling Provider Approved:                <u>Yes</u>

    Debt Limits Exceeded (Secured-$1,081,400; Unsecured-$360,475):        <u>No</u>

  O. Domestic Support Obligation:        <u>$0.00</u>   Current:              Arrears:        <u>$0.00</u>

    Affidavit and Disclosure of Domestic Support Obligations Received:   <u>Yes</u>

  P. Remarks:    MTD
        -Mr's 8/29/2014 stub
        -Home insurance
        -Auto insurance
        -WW Directive is wrong
          -Weekly not bi-weekly $203x12/52=$46.84/week
      Changed to bi-weekly & not Keeno's any longer
      Questions
        -Plan fails to provide for City View ISD's $1,150.15 secured 2014 tax claim
        -Feasibility until all claims are properly treated -- TRCC
        -Tax return affidavit

589a6dba7cf5e72e

Robert B. Wilson
Chapter 13 Trustee
6308 Iola Avenue, Suite 100     Lubbock, TX 79424
(806) 748-1980 Phone     (806) 748-1956 Fax

Mr now employed at Butcher's Meat's
Mrs. Is still with Vernon College
Trustee requests Mr. New income records
Sch I can't until all income records are provided
Failure to include all disposble income
Payment is being mailed today

Dated:     <u>10/7/2014</u>

/s/ Robert B. Wilson

Standing Bankruptcy Trustee
By:     Brent Hagan

| Case Number: | 14-70297 | | | | |
|---|---|---|---|---|---|
| Debtor: | Kennedy | | | | |
| Attorney: | White | | | | |
| Presiding Officer: | Brent Hagan | | | | |
| Calculation Date: | | | | | 10/6/2014 17:17 |

| Domestic Support    Input name from Plan | Arrears<br>Enter amount from Plan | Int. Rate<br>Enter from Plan | Term<br>Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Secured Creditor/Collateral Input name from Plan | Value/Claim Amount<br>Enter amount from Plan | Int. Rate<br>Enter from Plan | Term<br>Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| Wells Fargo | $5,586.00 | 6.88% | 60 | $110.29 | $6,617.61 |
| City View ISD -- $1,150.15 2014 tax claim | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Priority Creditor    Input name from Plan | Value/Claim Amount<br>Enter amount from Plan | | Term<br>Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| **Attorney Fees**    Paid Through the Plan | $3,340.00 | | | | $3,340.00 |
| **Noticing Fees** | $67.32 | | | | $67.32 |
| **Clerk Filing Fees** | $0.00 | | | | $0.00 |

| Hardacre Minimum | $0.00 | <------------- | | | |
|---|---|---|---|---|---|
| Chapter 7 Minimum (Gross) | $0.00 | | | | |
|    Less Trustee Fees | $0.00 | | | | |
|    Less Attorney Fees | $3,340.00 | | | | |
|    Less Noticing Fees | $67.32 | | Greater Of --------> | | $0.00 |
|    Less Clerk Filing Fees | $0.00 | | | | |
|    Less Scheduled Priority Claims | $0.00 | | | | |
|    Less Other (Explain Below) | $0.00 | | | | |
| **Chapter 7 Minimum (Net)** | $0.00 | <------------- | | | |

| Total Scheduled General Unsecured Claims (Limits Greater of Hardacre or Chapter 7 Minimum) | $51,396.00 |
|---|---|

| Calculated Base (Admin, Secured, Priority, DSO, Lower of Minimum or Sched U/S & Trustee Fee) | $11,131.33 |
|---|---|
| Debtor Plan Base (Monthly Payment X Term) | $15,000.00 |
| **Surplus (Debtor Plan Base - Calculated Base)** | $3,868.67 |

**Comments:**

Version 1.03 Last Revised: 7/31/2008